IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT H. HALE, *et al.*,

        Plaintiffs,                No. CIV 2:12-cv-1462-GEB-JFM (PS)

   vs.

WORLD SAVINGS BANK, *et al.*,

        Defendants.        <u>ORDER</u>

/

        Plaintiffs, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On October 1, 2012, the magistrate judge filed findings and recommendations herein which were served on plaintiffs and which contained notice to plaintiffs that any objections to the findings and recommendations were to be filed within ten days. Plaintiffs have not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed October 1, 2012 are adopted in full;

        2. Defendants' June 25, 2012 motion to dismiss is partially granted;

3. Defendants' June 25, 2012 motion to strike is denied;

4. Plaintiffs' state law claims are dismissed without prejudice; and

5. Plaintiffs' complaint is dismissed with leave to amend only their TILA claim as set forth in the magistrate judge's October 1, 2012 findings and recommendations.  Plaintiffs shall file an amended complaint within twenty-one (21) days of the date of this order.

Dated:  November 6, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge