1
2
3
4
5
6
7
8                     IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT H. HALE, et al.,

11              Plaintiff,                    No.  2:  12-cv-1462 GEB JFM (PS)

12        vs.

13   WORLD SAVINGS BANK, et al.,

14              Defendants.            ORDER AND FINDINGS AND

15                                     RECOMMENDATIONS

16   _____/

17              By order filed November 6, 2012, plaintiffs' complaint was dismissed and

18   plaintiff was given twenty-one (21) days to file an amended complaint.  The twenty-one day

19   period has now expired, and plaintiffs have not filed an amended complaint or otherwise

20   responded to the court's order.

21              Accordingly, IT IS HEREBY ORDERED that the order setting an initial

22   scheduling conference for January 17, 2013 (Dkt. No. 18.) is VACATED.

23              Furthermore, IT IS HEREBY RECOMMENDED that this action be dismissed

24   without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

25              These findings and recommendations are submitted to the United States District

26   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

                                         1

days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 11, 2013.

UNITED STATES MAGISTRATE JUDGE

14
hale1462.fta

2