IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT H. HALE, et al.,

        Plaintiff,                No.  2:  12-cv-1462 GEB JFM (PS)

   vs.

WORLD SAVINGS BANK, et al.,

        Defendants.         ORDER AND FINDINGS AND RECOMMENDATIONS

/

        By order filed November 6, 2012, plaintiffs' complaint was dismissed and plaintiff was given twenty-one (21) days to file an amended complaint.  The twenty-one day period has now expired, and plaintiffs have not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that the order setting an initial scheduling conference for January 17, 2013 (Dkt. No. 18.) is VACATED.

        Furthermore, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

1  days after being served with these findings and recommendations, any party may file written
2  objections with the court and serve a copy on all parties.  Such a document should be captioned
3  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
4  shall be served and filed within fourteen days after service of the objections.  The parties are
5  advised that failure to file objections within the specified time may waive the right to appeal the
6  District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 11, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

14
hale1462.fta